## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| REBECCA WILDA TILTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-96-GZS |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed December 30, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is hereby **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 26th day of January, 2014.